Form 27 - GENERAL PURPOSE
     MAYERSON & ASSOCIATES
     ATTN:
U.S.SOUTHERN DIST. COURT     NEW YORK COUNTY

------------------------------------------------------

R.R.AND D.R. O/B/O M.R.     plaintiff

     - against -

SCARSDALE UNION FREE SCHOOL DISTRICT   defendant

------------------------------------------------------

Index No. **08 CV 0247**

Date Filed ............

Office No.

Court Date: / /

STATE OF NEW YORK, COUNTY OF NEW YORK     :SS:

**JEFFREY CAMPOLO**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the **17th day of January, 2008** at **11:15 AM.,** at
    **%MICHAEL V.MCGILL, SUPT.OF SCHOOLS**
    **2 BREWSTER RD, SCARSDALE, NY 10583**
I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **JUDGES RULES**

upon **SCARSDALE UNION FREE SCHOOL DISTRICT**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **JEFFREY MARTIN, TREASURER AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **MALE**     COLOR: **WHITE**     HAIR: **BRN/BALD**
    APP. AGE: **58**     APP. HT: **6:0**     APP. WT: **200**

OTHER IDENTIFYING FEATURES: **GLASSES AND MUSTACHE**

Sworn to before me this
23rd day of January, 2008k

BRETT GOLUB
Notary Public, State of New York
   No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

JEFFREY CAMPOLO
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7MA7106743