UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
R.R. and D.R. o/b/o M.R.,                                   :
                                                            :
                Plaintiffs,             **ORDER FOR CONFERENCE**
                                                            : **PURSUANT TO RULE 16(a)**
    -v.-
                                                            : 08 Civ. 0247 (BSJ)(FM)
SCARSDALE UNION FREE SCHOOL DISRTICT,
                                                            :
                Defendant.
                                                            :
------------------------------------------------------------x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 2/15/08 |

**FRANK MAAS**
**UNITED STATES MAGISTRATE JUDGE.**

This action is scheduled for an initial case management conference in accordance with Fed. R. Civ. P. 16(a), on March 27, 2008, at 2:00 p.m., in Courtroom 20A, 500 Pearl Street, New York, New York.

**AT THE CONFERENCE**, the parties must be prepared to discuss the subjects set forth in subdivisions (b) and (c) of Rule 16.

**THREE BUSINESS DAYS PRIOR TO THE CONFERENCE**, the parties shall submit a proposed Scheduling Order to the Court in WordPerfect format. The proposed order is to be e-mailed to maasnysdchambers@nysd.uscourts.gov , and shall contain the following:

    1.    the date of the conference and the appearances for the parties; including the individual attorney's name, the law firm's name, the party(ies) represented, business address, and business phone number;

    2.    a concise statement of the issues as they then appear;

3.     a schedule including:

    a.     the names of persons to be deposed and a schedule of planned depositions;

    b.     a schedule for the production of documents;

    c.     dates by which (i) each expert's report* will be supplied to the adversary, and (ii) each expert's deposition will be completed;

    d.     a date prior to the conclusion of discovery when a telephonic status conference with counsel to the parties and the Court will be held;

    e.     a date when discovery is to be completed;

    f.     a date following the conclusion of discovery when a settlement conference will be held;

    g.     the date by which pretrial motions, if any, will be filed;

    h.     the date by which plaintiff(s) will supply pretrial order materials to defendant(s);

    i.     the date by which the parties will submit a joint pretrial order, which should be in accordance with procedures of the judge before whom the trial will be conducted; and

4.     a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

5.     a statement of any issues relating to electronically-stored information or the forms in which it is to be produced;

---

*Each expert's report is to set forth not merely the expert's qualifications and conclusions, but also the facts on which the expert relies and the process of reasoning by which the expert's conclusions are reached.

6. a statement of any other discovery issues as to which counsel, after a good faith effort, were unable to reach an agreement;

7. anticipated fields of expert testimony, if any;

8. anticipated length of trial and whether, and by whom, a jury has been requested;

9. an acknowledgment that courtesy copies of all motion papers, marked as such, should be submitted to Chambers, even if the papers gave been filed electronically.

10. a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires;

11. provision for approval of the Court and signature line for the Court; and Plaintiff's counsel is further directed to send a copy of the proposed Scheduling Order, via facsimile, to the undersigned United States Magistrate Judge, at (212) 805-6724, at least two business days before the scheduled conference.

SO ORDERED

Dated: New York, New York
February 15, 2008

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable Barbara S. Jones
United States District Judge

Gary S. Mayerson, Esq.
Mayerson & Associates
330 West 38 Street, Suite 600
New York, New York  10018
Via Facsimile @(212) 265-1735

Eric L. Gordon, Esq.
Keane & Beane, PC
445 Hamilton Avenue, 15th Floor
White Plains, New York  10601
Via Facsimile @(914) 946-6868