# Mayerson & Associates
330 W. 38th Street, Suite 600
New York, New York 10018

**mayerslaw.com**

GARY S. MAYERSON * ♦
CHRISTINA D. THIVIERGE *
RANDI M. ROTHBERG

* ALSO ADMITTED IN NEW JERSEY
♦ ALSO ADMITTED IN FLORIDA

TEL: 212.265.7200
FAX: 212.265.1735
E-MAIL: GARY@MAYERSLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

March 24, 2008

**VIA FACSIMILE & REGULAR MAIL**
**Honorable Frank Maas U.S.M.J.**
**United States District Court**
**Southern District of New York**
**500 Pearl Street, Room 20A**
**New York, NY 10007-1312**

**MEMO ENDORSED**

Re: **R.R. and D.R. o/b/o M.R. v. Scarsdale Union Free School District**
08 Civ. 247 (BSJ)(FM)

Dear Judge Maas:

We represent the plaintiffs-appellants in the above matter. We are in receipt of counsel's March 24, 2008 letter to Your Honor.

We agree that there is no need for any discovery and that a waiver of the joint pre-trial order would be appropriate. We would request, however, an <u>earlier</u> briefing schedule, as follows:

    June 1, 2008--parties' respective motions for modified *de novo* review*

    July 3, 2008--parties' opposing papers

    July 25, 2008--parties' reply papers

[Handwritten endorsement:] This schedule is adopted and the previously scheduled conference is cancelled. All future communications shall bear the full docket number of the case. /s/ F. Maas, USMJ, 3/26/08

Sincerely,
Gary S. Mayerson

cc: Eric L. Gordon Esq.

---

[1] These motions are not truly "summary judgment" motions as the trial has already occurred.