**MEMO ENDORSED**

# MAYERSON & ASSOCIATES

330 WEST 38TH STREET, SUITE 600 • NEW YORK, NEW YORK 10018
PHONE (212) 265-7200 • FAX (212) 265-1735 • EMAIL: ADMIN@MAYERSLAW.COM

**WWW.MAYERSLAW.COM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

May 23, 2008

**VIA HAND DELIVERY and FACSIMILE**[1]    **APPLICATION GRANTED**
Honorable Frank Maas, U.S.M.J.        **SO ORDERED**
United States District Court
Southern District of New York
500 Pearl Street, Room 20A
New York, NY 10007-1312        Frank Maas, USMJ   5/27/08
Fax: (212) 805-6724

(BSJ )(FM )

     Re: **R.R. and D.R. o/b/o M.R. v. Scarsdale UFSD, 08-CV-0247**

Dear Judge Maas:

     As you are aware, we represent the plaintiffs-appellants in the above referenced matter. We respectfully ask that your Honor endorse this letter requesting a further 2 week extension of time to allow the parties to serve their respective motions for modified *de novo* review. This is plaintiffs-appellants second request for such extension. This would change the original deadline from June 1, 2008 to June 15, 2008.

     This change would affect the briefing schedule as follows:

     June 15, 2008--parties' respective motions for modified *de novo* review[2]

     July 17, 2008--parties' opposing papers

     August 8, 2008--parties' reply papers

     We have contacted the office of Keane and Beane, P.C., counsel for the defendants, and spoke with Ms. Stephanie M. Roebuck, who has consented to this request.

     Thank you for your consideration in this matter.

Sincerely,

Gary S. Mayerson

cc:    Eric L. Gordon, Esq. and Stephanie M. Roebuck, Esq. via facsimile at (914) 946-6868

---

[1] Please note that an original letter was sent earlier via hand delivery and did not indicate the facsimile number.
[2] These motions are not truly "summary judgment" motions as the trial has already occurred.