USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

**MEMO ENDORSED**

# MAYERSON & ASSOCIATES

330 WEST 38TH STREET, SUITE 600 • NEW YORK, NEW YORK 10018
PHONE (212) 265-7200 • FAX (212) 265-1735 • EMAIL: ADMIN@MAYERSLAW.COM

WWW.MAYERSLAW.COM

May 29, 2008

**VIA HAND DELIVERY and FACSIMILE**
Honorable Frank Maas, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 20A
New York, NY 10007-1312
Fax: (212) 805-6724

APPLICATION GRANTED
SO ORDERED

_/s/ Frank Maas_
Frank Maas, USMJ  5/29/08

Re: **R.R. and D.R. o/b/o M.R. v. Scarsdale UFSD, 08-CV-0247**

Dear Judge Maas:

    As you are aware, we represent the plaintiffs-appellants in the above referenced matter. Thank you for endorsing the letter we sent on May 23, 2008. It has just come to our attention that the first deadline we requested for submission of modified *de novo* review, June 15, 2008, inconveniently falls on a Sunday. It is for this reason that we now respectfully ask that your Honor endorse this letter requesting that the date for submission of motions for modified *de novo* review be changed to Monday, June 16, 2008. We do not request that any changes be made to the remaining dates.

    This change would affect the briefing schedule as follows:

June 16, 2008--parties' respective motions for modified *de novo* review[1]

July 17, 2008--parties' opposing papers

August 8, 2008--parties' reply papers

    We have contacted the office of Keane and Beane, P.C., counsel for the defendants, and Ms. Stephanie M. Roebuck has consented to this request.

    Thank you for your consideration in this matter.

Sincerely,

_/s/ Gary S. Mayerson_
Gary S. Mayerson

cc:  Eric L. Gordon, Esq. and Stephanie M. Roebuck, Esq. via facsimile at (914) 946-6868

---

[1] These motions are not truly "summary judgment" motions as the trial has already occurred.