UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| R.R. and D.R. o/b/o M.R. | **NOTICE OF MOTION** |
| Plaintiffs, | 08-CV-0247 (BSJ)(FM) – ECF Case |
| -against- | |
| SCARSDALE UNION FREE SCHOOL DISTRICT, | Hon. Barbara Jones |
| Defendant. | |

------------------------------------------------------------------------x

***PLEASE TAKE NOTICE*** that upon the accompanying Statement of Undisputed Facts pursuant to Local Rule 56.1 of the Local Rules for the Southern and Eastern Districts of New York, dated June 30, 2008, the affidavit of Dr. Michael Mendelson, dated June 27, 2008, the exhibit annexed thereto, the accompanying Memorandum of Law, dated June 30, 2008, and upon all of the proceedings heretofore had herein, Defendant the Scarsdale Union Free School District will move this Court before the Hon. Barbara S. Jones, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, on August 22, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 56(b), granting summary judgment in favor of Defendant the Scarsdale Union Free School District and dismissing the Complaint in its entirety.

***PLEASE TAKE FURTHER NOTICE***, that pursuant to agreement of the parties and endorsement of Magistrate Judge Frank Maas, Plaintiffs shall serve their opposing papers, if any, upon the offices of the undersigned attorneys on July 30, 2008 and Plaintiffs shall file their reply papers, if any, on August 21, 2008.

Dated:   White Plains, New York
        June 30, 2008

                                    Respectfully Submitted,

                                    **KEANE & BEANE, P.C.**

                    By:   _____
                                Eric L. Gordon (ELG 7301)
                                Attorneys for Defendant Scarsdale Union Free
                                School District
                                445 Hamilton Avenue, Suite 1500
                                White Plains, New York  10601
                                (914) 946-4777


**To:**    **Gary S. Mayerson, Esq.**
          Attorneys for Plaintiffs
          330 West 38th Street, Suite 600
          New York, New York 10018

1833/102/340955 V1  6/30/08