UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

R.R. and D.R. o/b/o M.R.,

                Plaintiffs,

--against--

SCARSDALE UNION FREE SCHOOL DISTRICT,

                Defendant.

----------------------------------------------------------------

Civil Action 08 CV 0247 (BSJ) (FM)

**NOTICE OF MOTION FOR MODIFIED DE NOVO REVIEW ON APPEAL**

TO:    Stephanie M. Roebuck, Esq.
         Eric L. Gordon, Esq.
         Attorneys for Defendent
         445 Hamilton Avenue, 15th Floor
         White Plains, NY 10601

      PLEASE TAKE NOTICE that upon the affidavit of Gary S. Mayerson, sworn to June 30, 2008, the pleadings and prior proceedings, the accompanying memorandum of law, the prior administrative record being maintained by the defendant as custodian, and upon the additional evidence being requested on this motion, plaintiffs will move this Court before the Frank Maas, U.S.M.J., at the United States District Court, 500 Pearl Street, New York, in accordance with the Court's prior March 26, 2008 Order, or at such other time as the Court may determine for: (a) a modified *de novo* review and reversal of the underlying administrative decision of the Administrative Law Judge in this matter; (b) awarding plaintiffs the declaratory and reimbursement relief that had been sought below; (c) declaring plaintiffs' status as a "substantially prevailing party" for purposes of the fee-shifting provision of the IDEA statute; (d) granting leave to plaintiffs to submit a fee application; and (e) granting plaintiffs such other, different and further relief as the Court may deem just and proper.

Dated: New York, New York
         June 30, 2008

                                        _____
                                        Gary S. Mayerson (GSM 8413)
                                        Mayerson & Associates
                                        Attorneys for Plaintiffs
                                        330 West 38th Street, Suite 600
                                        New York, New York 10018
                                        212.265.7200
                                        212.265.1735 (fax)
                                        gary@mayerslaw.com