UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

R.R. and D.R. o/b/o M.R.,

                Plaintiffs-Appellants,        **AFFIDAVIT OF SERVICE**

--against--

                                                      **08 CV 0247 (BSJ) (FM)**

SCARSDALE UNION FREE SCHOOL DISTRICT,

                Defendant-Appellee.

-----------------------------------------------------------------

    I, Jennifer M. Frankola, being duly sworn, deposes and says that I am law clerk (pending admission to the NYS Bar) employed by Mayerson & Associates, counsel for plaintiff and that I am over the age of eighteen years; that on the 30th day of June at 330 West 38th Street, in the city of New York, I timely served copy of the Notice of Motion for Modified *De Novo* Review on Appeal, Affidavit of Gary S. Mayerson (with attached exhibits A, B, and C), and Plaintiffs-Appellants' Memorandum of Law on Defendant-Appellee via e-mail and Federal Express as consented by defendant's counsel, Stephanie Roebuck, Esq., to the following address: Keane & Beane, P.C., 445 Hamilton Avenue, 15th Floor, White Plains, New York 10601 and sroebuck@kblaw.com.

                                                                         Jennifer M. Frankola

Subscribed and sworn to before me
this 30th, day of June, 2008.

_____
Notary Public

                              LEON ISIDORE BEHAR
                        Notary Public, State of New York
                             No. 02BE4781657
                         Qualified in Nassau County
                       Commission Expires June 30, 20__