UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

R.R. and D.R. o/b/o M.R.,

                          Plaintiffs-Appellants,        **AFFIDAVIT OF SERVICE**

        --against--

                                                                                            08 CV 0247 (BSJ) (FM)

SCARSDALE UNION FREE SCHOOL DISTRICT,

                                 Defendant-Appellee.

----------------------------------------------------------------

       I, Jessica A. Stein, being duly sworn, deposes and says that I am a legal intern employed by Mayerson & Associates, counsel for plaintiff, and that I am over the age of eighteen years; that on the 30th day of July at 330 West 38th Street, in the city of New York, I timely served copy of the Reply Memorandum of Law and Plaintiff-Appellant's Response to Defendant-Appellee's Rule 56.1 Statement via e-mail and Federal Express as consented by defendant's counsel, Stephanie Roebuck, Esq., to the following address: Keane & Beane, P.C., 445 Hamilton Avenue, 15th Floor, White Plains, New York 10601 and sroebuck@kblaw.com.

                                                                              *Jessica A. Stein*
                                                                              Jessica A. Stein

Subscribed and sworn to before me
this 30th, day of July, 2008.

_____
Notary Public

       **ID Number -01C06183818**
              **Deana Colon**
          **County - Queens**
            **Notary Public**
         **Expires 3/31/2012**