KEANE & BEANE, P.C.

ATTORNEYS AT LAW

445 HAMILTON AVENUE

WHITE PLAINS, NEW YORK 10601

(914) 946-4777

FAX (914) 946-6868

www.kblaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

200 WESTAGE BUSINESS CENTER
FISHKILL, NEW YORK 12524
(845) 896-0120

STEPHANIE M. ROEBUCK
MEMBER
ALSO ADMITTED IN MA

August 8, 2008

VIA FACSIMILE (212/805-6185)
AND FIRST CLASS MAIL

The Honorable Barbara S. Jones, U.S.D.J.
United States District Court for Southern District of New York
500 Pearl Street
New York, New York 10007-1312

RECEIVED
AUG 11 2008
CHAMBERS OF
BARBARA S. JONES
U.S.D.J.

Re: R.R. and D.R. o/b/o M.R. v. Scarsdale Union Free School District,
08 CV 0247 (BSJ)(FM)

Dear Judge Jones:

This office represents the Defendant, the Scarsdale Union Free School District, in the above referenced matter. We are in receipt of Your Honor's Order indicating that the motions pending before the Court will be determined on the filings of the parties and that no threshold determination shall be made. We write to request a short extension of time, on consent of Plaintiffs' counsel.

The parties have already filed their main papers. The parties are to file their respective replies in this proceeding on **August 21, 2008**, a date picked because both parties' attorneys were to be on vacation the week of August 11th. Given the issues that have emerged during the parties' motion practice, the District would like additional time to address same. Therefore, the Scarsdale Union Free School District respectfully requests an adjournment to ensure that all issues, both substantive and procedural are fully addressed in a complete manner. We therefore request this adjournment, until **September 8, 2008**.

Please note that the Defendant District has not previously requested any adjournments in this proceeding. The previous requests for adjournment have all been made by the Plaintiffs upon consent of the Defendant.

Thank you for consideration of this matter.

APPLICATION GRANTED

Respectfully submitted,

SO ORDERED
/s/ Barbara S. Jones
BARBARA S. JONES
U.S.D.J.

Stephanie M. Roebuck

SMR/gd

cc: Gary S. Mayerson Esq. (via facsimile)
    Eric L. Gordon, Esq.

1833/102/343369 V1 8/8/08

8/12/08