# MAYERSON & ASSOCIATES

330 WEST 38TH STREET, SUITE 600 • NEW YORK, NEW YORK 10018
PHONE (212) 265-7200 • FAX (212) 265-1735 • EMAIL: ADMIN@MAYERSLAW.COM

**WWW.MAYERSLAW.COM**

---

September 8, 2008

**VIA ECF AND FACSIMILE at 212-805-6185**
Honorable Barbara S. Jones, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

       **Re: R.R. and D.R. o/b/o M.R. v. Scarsdale UFSD, 08-CV-0247 (BSJ) (FM)**

Dear Judge Jones:

    We represent the plaintiffs-appellants in the above referenced matter.

    It has been brought to my attention that we inadvertently misstated at page 5 of our September 8, 2008 Reply Memorandum of Law, that the parties engaged in and attended a March 24, 2008 initial case management conference in front of Magistrate Maas. The conference was, in fact, scheduled, but in actuality was canceled upon plaintiffs-appellants' March 24, 2008 endorsed scheduling order seeking a modified *de novo* review.

    I am writing to correct the record.

    Thank you for your consideration.

                                                    Respectfully,

                                                  *s/Gary S. Mayerson*

                                                  Gary S. Mayerson

cc:    Hon. Frank Maas, U.S.M.J. via facsimile at 212-805-6724

       Eric L. Gordon, Esq. and Stephanie M. Roebuck, Esq. via facsimile at 914-946-6868